

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DERRICK KEITH BRADLEY ) <br> ) <br> Defendant. ) | 2:09-CR-185-JAD-CWH |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#121) on November 20, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $2,177.00

**Total Amount of Restitution ordered:** $2,177.00\*\*

\*\*Joint and several with co-defendants Carl Von Bradley and Eric Willoughby

Dated this _____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE